AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

_____ District of  NEVADA _____

| | |
|---|---|
| United States of America <br> v. <br> ADOLFO LARIOS GARCIA <br> *Defendant* | ) <br> ) Case No. 2:15-mj-00845-VCF <br> ) <br> ) <br> ) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse <br> 333 Las Vegas Blvd., So. <br> Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 11/04/2015 at 03:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  Nov 3, 2015

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge
_____
*Printed name and title*



FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 3 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY